IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTATE OF MANUEL A.
GONZALEZ JR., et al.,

        Plaintiffs,                        MISC. NO. S-06-0095 MCE GGH

    vs.

RODERICK Q. HICKMAN, et al.,

        Defendants.                  ORDER

_____/

        Plaintiff's ex parte application to specially set the hearing on plaintiff's motion to compel compliance with subpoenas, filed September 28, 2006, is before the court. The court is unable to hear the matter on an expedited basis. Therefore, plaintiff's application must be denied. Instead, plaintiff's motion will be heard by the undersigned on October 19, 2006 at 10:00 a.m.[1]

        Accordingly, IT IS ORDERED that:

        1. Plaintiff's ex parte application to specially set the hearing on plaintiff's motion to compel compliance with subpoenas, filed September 28, 2006, is denied.

\\\\\

---

[1] The court understands that discovery cutoff in this case has been extended.

1

2. Plaintiff's motion is rescheduled from October 16, 2006 to October 19, 2006, at 10:00 a.m. in Courtroom 24 before the undersigned.

DATED: 10/5/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Gonzalez0095.exp.wpd