IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTATE OF MANUEL A.
GONZALEZ JR., et al.,

      Plaintiffs,                    MISC. NO. S-06-0095 MCE GGH

    vs.

RODERICK Q. HICKMAN, et al.,

      Defendants.               ORDER
_____/

       Defendants' ex parte application to continue the October 19, 2006 hearing for one week presently is before the court. Plaintiffs have filed an opposition. Attorney Paul Epstein, who is counsel for defendants Hickman, Woodford, Hubbard, Dovey and Still will represent the California Department of Corrections and Rehabilitation at the hearing. Mr. Epstein states that his co-counsel, Mr. Bell, who represents defendants DiCarlo, Roddy and Mellott, has a scheduling conflict and is not available for hearing on October 19. Mr. Epstein states that this latter group of defendants has an interest in the hearing because any documents ordered to be produced at the hearing may be used to establish their liability. Counsel for plaintiffs states in opposition that Mr. Bell has repeatedly informed plaintiffs' counsel that this is "not his motion." Mr. Bell has not taken a position in regard to the instant application.

\\\\\

1

Mr. Epstein has no standing to raise a scheduling conflict on behalf of counsel who represents a different set of defendants. Furthermore, the attorney with the conflict has not objected to the currently scheduled hearing date.

Accordingly, IT IS ORDERED that plaintiff's ex parte application, filed October 16, 2006, to continue the October 19, 2006 hearing to October 26, 2006, is denied.

DATED: 10/16/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Gonzalez0095.ord.wpd

2